NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIRE DEVELOPMENT, LLC, SHIRE PHARMACEUTICAL DEVELOPMENT, INC., COSMO TECHNOLOGIES LIMITED, AND GIULIANI INTERNATIONAL LIMITED,**
*Plaintiffs-Appellees,*

v.

**WATSON PHARMACEUTICALS, INC. (now known as Actavis, Inc.), WATSON LABORATORIES, INC. – FLORIDA, WATSON PHARMA, INC., AND WATSON LABORATORIES, INC.,**
*Defendants-Appellants.*

---

2013-1409

---

Appeal from the United States District Court for the Southern District of Florida in No. 12-CV-60862, Judge Donald M. Middlebrooks.

---

**ON MOTION**

---

**O R D E R**

The appellants move to expedite briefing and argument. The appellees oppose.

SHIRE DEVELOPMENT, LLC V. WATSON PHARMACEUTICALS, INC.    2

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to expedite briefing is granted to the following extent: The appellants' opening brief is due June 24, 2013. The appellees' brief is due July 17, 2013. The appellants' reply brief and the joint appendix are due July 26, 2013.

(2) Oral argument will be scheduled by subsequent order of the court.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21